IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 4:17-cr-209-O |
| | § | |
| GREGORY ANTONIO BYRD | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has entered his Findings, Conclusions, and Recommendation. ECF No. 27. Neither party has filed objections to the Recommendation. The Magistrate Judge recommends that Defendant Byrd's Motion to Enter Nunc Pro Tunc Order (ECF No. 22) be denied as moot. The District Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court

For the foregoing reasons, the Motion to Enter Nunc Pro Tunc Order (ECF No. 22) is **DENIED** as **MOOT**.

**SO ORDERED** this **26th day** of **February, 2019.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE